UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

======================================================================

**CASE NO.:** CV 14-06857 SJO (Ex)   **DATE:** August 4, 2015

**TITLE:**   Terry Kung v. Wyndham W. Chow, et al.

======================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                    Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**      **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                          Not Present

======================================================================

**PROCEEDINGS (in chambers): JUDGMENT ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** [Docket No. 55]

This matter came before the Court on Plaintiff Terry Kung's Motion to Enforce Settlement Agreement And For Order Re: Entry of Judgment ("Motion"), filed on June 24, 2015. The Court issued an Order granting judgment in favor of Plaintiff. In view of the Court's order, and good cause having been shown, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Terry Kung and against Defendant Wyndham W. Chow in the amount of Fifty Three Thousand, Eight Hundred Eighty-Eight Dollars & 18/100 ($53,888.18).

IT IS SO ADJUDGED.